

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**********************************************************************

|  |  |  |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA, | * | CR 15-40074 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | ORDER |
| | * | |
| ARMANDO ZAMUDIO MARIN, | * | |
| a/k/a Jose Trinidad Zamudiomarin, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**********************************************************************

Pending before the Court is the Defendant's Plea Agreement, Factual Basis Statement, and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on September 17, 2015, and Judge Duffy issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Indictment which charges him with Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a) and (b). After a careful review of the file, and the parties having waived their right to object to the Report and Recommendation,

IT IS ORDERED:

1.   That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Armando Zamudio Marin, a/k/a Jose Trinidad Zamudiomarin, is adjudged guilty.

Dated this 29th day of September, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Summa Wahyed
DEPUTY